Judge James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Michael A Skjei and Linda M Banaszak, | )<br>) Case No: 24-cv-00615-JLR<br>)<br>) ~~[PROPOSED]~~ ORDER GRANTING<br>) UNITED STATES' MOTION TO<br>) EXTEND ITS RESPONSIVE<br>) PLEADING DEADLINE<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to Defendant's "Unopposed Motion to Extend Its Responsive Pleading Deadline" filed by Defendant, the United States of America, and for good cause shown, hereby

**IT IS SO ORDERED** that the United States' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to September 13, 2024.

Dated this 12th day of July 2024.

*[signature]*
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

1

1  Presented by:

2

3  /s/ Khashayar Attaran
   KHASHAYAR ATTARAN
4  Trial Attorney, Tax Division
   U.S. Department of Justice
5  Khashayar.Attaran@usdoj.gov

6  *Attorney for the United States of America*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2