UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. SKJEI, et al., | CASE NO. C24-0615JLR |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the court is the parties' third joint motion for an extension of time to complete fact discovery and to modify the scheduling order. (3d Mot. (Dkt. # 16); *see* 6/13/25 Sched. Order (Dkt. # 13); 4/30/26 Order (Dkt. # 15).) On June 9, 2025, the court granted the parties' first motion for a 120-day extension of time to complete discovery and continued the trial date from October 27, 2025 to September 14, 2026. (*See* 6/9/25 Order (Dkt. # 12).) On April 29, 2026, the parties filed their second motion for a 120-day extension of the discovery deadline and modification of the court's scheduling order. (2d Mot. (Dkt. # 14).) The parties argued that a further extension of deadlines was necessary

ORDER - 1

because Defendants required adequate time to review voluminous materials that Plaintiffs had recently provided in a supplemental production. (*Id.* at 1-2.) On April 30, 2026, the court found good cause to continue the trial date and extend the unexpired case deadlines but denied the motion because the court's trial calendar could not accommodate a 120-day extension. (4/30/26 Order at 2-3.) The court was willing, however, to move the trial date to the end of its trial calendar if the parties filed a stipulated motion to that effect. (*Id.* at 3.)

The parties now ask the court to extend the discovery completion deadline to November 5, 2026; to extend the dispositive motions deadline to January 22, 2027; and to continue the trial date. (*See generally* 3d Mot.) The parties agree that, if no earlier trial date is available, "the case may be reset for trial at the end of the [c]ourt's current trial schedule." (*Id.* at 2.) Because no earlier trial date is available, the court GRANTS the parties' motion (Dkt. # 16) and ORDERS the following:

1. The trial date is CONTINUED to December 13, 2027;

2. The deadline for completion of discovery is EXTENDED to November 5, 2026;

3. The deadline for dispositive motions and motions challenging expert witness testimony is EXTENDED to January 22, 2027; and

//
//
//
//

ORDER - 2

4.    The Clerk is DIRECTED to issue an amended scheduling order resetting all remaining pretrial deadlines in accordance with the new trial date.

Dated this 7th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3